CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Frederick Guider 063346
**Full Name of Plaintiff**     **Inmate Number**

v.

Gregory Briggs
Dauphin County Prison
**Name of Defendant 1**

DeB Alderson
ViaPath Technologies
**Name of Defendant 2**

**Name of Defendant 3**

**Name of Defendant 4**

**Name of Defendant 5**

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

Civil No. _____
(to be filled in by the Clerk's Office)

( ) Demand for Jury Trial
( ) No Jury Trial Demand

FILED
HARRISBURG, PA
JAN 03 2025
PER _____ DEPUTY CLERK

## I. NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

X    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___    Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)

___    Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

Page 1 of 6

II. **ADDRESSES AND INFORMATION**

A. **PLAINTIFF**

Guider Frederick George
Name (Last, First, MI)

0c6346
Inmate Number

Dauphin County Prison
Place of Confinement

501 Mall Rd.
Address

Harrisburg Dauphin Pennsylvania 17110
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

X   Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner

B. **DEFENDANT(S)**

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Briggs Gregory
Name (Last, First)

Warden
Current Job Title

501 Mall Rd.
Current Work Address

Harrisburg Dauphin Pennsylvania 17110
City, County, State, Zip Code

Defendant 2:
Name (Last, First): ViaPath Technologies Alderson DeB

Current Job Title:

Current Work Address: 3120 Fairview Park Dr E, Suite 300

City, County, State, Zip Code: Falls Church, VA, 22042

Defendant 3:

Name (Last, First):

Current Job Title:

Current Work Address:

City, County, State, Zip Code:

Defendant 4:

Name (Last, First):

Current Job Title:

Current Work Address:

City, County, State, Zip Code:

Defendant 5:

Name (Last, First):

Current Job Title:

Current Work Address:

City, County, State, Zip Code:

### III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

Over the course of my stay here at Dauphin County Prison Commitment date 10/27/23

B. On what date did the events giving rise to your claim(s) occur?

12/18/23  12/22/23  3 Times on 12/3/23  12/9/23
12/10/23  2/22/24  2/23/24  2 Times on 6/17/24
more on paper

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

(Via PathTech. Deb Alderson)(Gregory Briggs D.C.P.)
1) Pictures where Sent to me of my Children By there Self and They are Being denied on Multple different Occasions

2) friends are Sending me Pictures of Them that are Being denied for no Reason.

3) friends are Sending me Pictures of them with kids in them that are Being denied.

4) Despite the Rules allowing Swimsuit Photos they they are still denied

5) Charing family and or friends .25 Cent To Send a Email and Charging me .03 Cent or .05 Cent a min to Read that Same Email
more on paper

## III. Statement of facts

Part (B) 6/18/24  8/27/24  3/12/24  4/1/24  4/2/24
4/1/24  4/1/24  4/29/24  4/29/24  4/15/24  6/13/24
6/16/24  8/6/24  10/26/24  10/27/24

Part (C)

6) Charging me .03 cent or .05 cent a min. to ReRead Emails that have already been Paid for.

7) Charging family .25 cent to send a Picture. and Charging me .03 cent or .05 cent a min to See the Picture.

8) Charging me .03 or .05 cent a min to Relook at my Pictures that are sent to me from family and friends.

9) not allowing family and friends to send Pictures at times.

10) Confiscating my Emails and not Providing me with notice that they are Being Confiscated.

11) Not Providing me with a opportunity to object to Confiscated Emails

## III Statement of facts

Part (C)

12) Not Providing me with a opportunity to object to Confiscated Pictures.

13) Denying my Pictures of my Political Views (Picture of President Donald Trump at The Podium.)

14) not making me aware of Confiscated mail.

15) not Providing me with the opportunity to object to Confiscated mail.

## IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

1) Violation of 1st Amendment
2) Violation of 5th Amendment
3) Violation of 14th Amendment

## V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

Punitive damages, Violation of my Consititional Rights, Emotional loss, money loss

## VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

Stop Company from Excessive over Charging to ReRead and look at pictures and Emails. Order Company to Come up with a Just

more on paper

## INJURY

appeal Process for Confiscated Pictures and Emails
order Company to Provide inmates with notice
of Confiscated mail and Pictures and Emails.
monetary Relief.

## VII. SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_____
Signature of Plaintiff

12/20/24
_____
Date

NAME: Frederick Guider
D.C.P# 063346
DAUPHIN COUNTY PRISON
501 MALL ROAD
HARRISBURG PA 17111-1299




Clerk of Court
1501 N.th 6th St
HBG, PA 17102

RECEIVED
HARRISBURG, PA
JAN 03 2025
PER _____
DEPUTY CLERK

1710231104 0028