IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREDERICK GUIDER,<br>Plaintiff | : | No. 3:25-CV-0017 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| GREGORY BRIGGS, *et al.*,<br>Defendants | : | |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's Section 1983 complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted. To the extent Plaintiff is attempting to assert a Fourteenth Amendment claim of deprivation of property without due process, that claim is **DISMISSED** with prejudice under Section 1915A(b)(1) for failure to state a claim for relief.

2. Plaintiff, if he so desires, may file an amended complaint in conformity with the accompanying Memorandum within **21 days** of the date of this Order. Plaintiff must comply with the pleading instructions provided in the accompanying Memorandum.

3. If no appropriate amended complaint is timely filed, dismissal will automatically convert to dismissal with prejudice and the court will CLOSE this case.

Date: 5/8/25

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court