## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FREDERICK GUIDER,** | : | No. 3:25-CV-0017 |
| **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | |
| **GREGORY BRIGGS**, *et al.,* | : | |
| **Defendants** | : | |

......................................................................................................................

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS**

**ORDERED** that:

1. Defendant Deb Alderson's motion to dismiss (Doc. 31) is **GRANTED**. All Section 1983 claims against Alderson are **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

2. Defendant Warden Gregory Briggs' motion to dismiss (Doc. 35) is **DENIED**.

3. The Clerk of Court is directed to terminate defendant Deb Alderson.

4. This case will proceed only as to Plaintiff's individual capacity and official capacity First Amendment free speech claims against Warden Briggs as more fully described in the accompanying Memorandum.

Date: 4/20/26

BY THE COURT:

_____
**JUDGE JULIA K. MUNLEY**
**United States District Court**